# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **APPLIED ULTRASONICS, LLC and UIT, LLC,** | ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) ) | **Case No. CV-13-00964-MHH** |
| **INTEGRITY TESTING LABORATORY, INC. and STRUCTURAL INTEGRITY TECHNOLOGIES, INC.,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs Applied Ultrasonics, LLC and UIT, LLC, by and through their undersigned counsel, and Defendants Integrity Testing Laboratory, Inc. and Structural Integrity Technologies, Inc., by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count, claim, and counterclaim thereof, be dismissed with prejudice, each party to bear their own costs.

Respectfully submitted this 7th day of October 2014,

03041299.1

| | |
|---|---|
| /s/ *Scott S. Brown* | /s/ John S. Zanghi |
| C. Brandon Browning | Richard M. Klein (admitted *pro hac vice*) |
| Scott S. Brown | John S. Zanghi (admitted *pro hac vice*) |
| Janine A. McKinnon | |

| | |
|---|---|
| **OF COUNSEL:** | **OF COUNSEL:** |
| **MAYNARD COOPER & GALE, P.C.** | **FAY SHARPE LLP** |
| 1901 6th Avenue North, Suite 2400 | The Halle Building, 5th Floor |
| Birmingham, Alabama 35203 | 1228 Euclid Avenue |
| Tel: (205) 254-1000 | Cleveland, Ohio 44115-1843 |
| Fax: (205) 254-1999 | Phone: 216.363.9000 |
| bbrownnig@maynardcooper.com | Fax: 216.363.9001 |
| scottbrown@maynardcooper.com | rklein@faysharpe.com |
| jmckinnon@maynardcooper.com | jzanghi@faysharpe.com |

*Attorneys for Plaintiffs*
*Applied Ultrasonics, LLC*
*and UIT LLC*

and

Matthew Blair Clinton
**HENINGER GARRISON DAVIS LLC**
2224 1st Avenue North
Birmingham, AL 35203
205-327-9116
Fax: 205-326-3332
Email: bclinton@hgdlawfirm.com

*Attorneys for Defendants Integrity Testing Laboratory, Inc. and Structural Integrity Technologies, Inc.*