FILED
2014 Oct-20  AM 09:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| APPLIED ULTRASONICS, LLC and UIT, LLC, | } } } | |
| **Plaintiffs,** | } } | |
| v. | } } } | **Case No.:  CV-13-00964-MHH** |
| INTEGRITY TESTING LABORATORY, INC. and STRUCTURAL INTEGRITY SERVICES, INC., | } } | |
| **Defendants.** | | |

## DISMISSAL ORDER

Plaintiffs Applied Ultrasonics, LLC and UIT, LLC, and defendants Integrity Testing Laboratory, Inc. and Structural Integrity Technologies, Inc. have filed a joint stipulation of dismissal with prejudice.  (Doc. 31).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.  The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this October 20, 2014.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE